IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANGELA FINGER,<br><br>                Plaintiff,<br><br>vs.<br><br>BILFINGER INC.,<br><br>                Defendant. | **8:21CV176**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Stipulation for Dismissal (Filing No. 58). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each party to bear their own respective attorneys' fees and court costs.

Dated this 27th day of July, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge